IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO. 5:09-cr-41-RS
                                                                     5:11-cv-180-RS-GRJ

MICHAEL J. WEBB,

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 136), and Petitioner's Objections (Doc. 141). I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 83) is **DENIED**.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on August 11, 2014.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**